**FILED**
January 29, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
S.DEUTSCH
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:00-cr-00218-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JUSTIN MONCRIEF, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JUSTIN MONCRIEF</u> , Case No. <u>2:00-cr-0218-MCE</u>,  Charge <u>Supervised Release Violation filed 12/19/2008</u>, from custody subject to the previously imposed conditions of supervised release and for the following reasons:

    <u> X </u>    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $__

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

        ___    (Other)    ___

Issued at <u>Sacramento, California</u>  on <u>January 29, 2009</u>   at <u>9:39 a.m.</u>

By  *[signature]*

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE