**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Morrison C. England Jr.
United States District Judge
Sacramento, California

                                       RE:    **Justin R. Moncrief
                                                       Docket Number:   2:00CR00218-04
                                                       CHANGE OF RESIDENTIAL PROGRAM**

Your Honor:

The supervisee appeared before Your Honor on January 29, 2009, for sentencing on a violation of supervised release, to wit: Use of a Controlled Substance (methamphetamine) and Failure to Complete Participation in a Community Corrections Center. The Court continued supervision with the same terms and conditions, with modification to the special conditions to include a six month placement at the Salvation Army Adult Rehabilitation Center (SAARC) in Fresno, California.

The supervisee entered SAARC on February 2, 2009, to begin his six month placement. However, on March 21, 2009, the supervisee was temporarily discharged from the program due to an injury sustained to his right knee while participating in a softball game hosted by SAARC. Because SAARC requires that all residents be able to work, the supervisee was released from the program pending a doctors release.

During the time the supervisee was released from SAARC, he was randomly submitting drug tests, meeting with the undersigned officer weekly, and attending NA/AA meetings weekly. Due to the length of time it would take for the supervisee's knee to heal, he would be nearing his expiration date in November 2009. As such, the undersigned officer arranged for the supervisee to enter and begin participation in the Westcare Residential Drug Program in Fresno, California, in lieu of SAARC. The supervisee entered Westcare on May 18, 2009.

At this time, the undersigned officer recommends that the Court vacate the previous order entered on January 29, 2009, compelling the supervise to reside and participate in the

**RE: Justin R. Moncrief
Docket Number: 2:00CR00218-04
CHANGE OF RESIDENTIAL PROGRAM**

Salvation Army Adult Rehabilitation Center, and order that he reside and participate in he Westcare Residential Drug Treatment Program for 90 days followed by 90 days of drug aftercare as directed by the probation officer.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido
United States Probation Officer**

Dated: May 21, 2009
Fresno, California
jtp

**REVIEWED BY:** /s/ Hubert J. Alvarez
**HUBERT J. ALVAREZ
Supervising United States Probation Officer**


cc: Carolyn K. Delaney
Assistant United States Attorney

Daniel M. Davis
Appointed Counsel

2

Rev. 05/2006
MEMO ~ COURT.MRG

RE: **Justin R. Moncrief**
   **Docket Number: 2:00CR00218-04**
   **CHANGE OF RESIDENTIAL PROGRAM**

---

**THE COURT ORDERS:**

( ) The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( ) Submit a Request for Modifying the Conditions or Term of Supervision.

( ) Submit a Request for Warrant or Summons.

(XX) Other: **The Court approves the change in residential programs and orders that the supervisee reside and participate in Westcare Residential Drug Treatment Program for a period of 3 months with a 3 month drug aftercare program to follow.**

Dated: May 27, 2009

_/s/ Morrison C. England, Jr._
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Rev. 05/2006
MEMO ~ COURT.MRG